# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

2826 CLEVELAND AVENUE
OPERATIONS, LLC,

      Petitioner,

v.                                  Case No: 2:21-cv-585-SPC-NPM

1199SEIU, UNITED
HEALTHCARE WORKERS
EAST, FLORIDA REGION,

      Respondent.

_____/

## **ORDER**[1]

Before the Court is Respondent's Unopposed Motion to Consolidate (Doc. 15). Respondent asks to consolidate this action with another pending case—*2826 Cleveland Avenue Operations, LLC v. 1199SEIU, United Healthcare Workers E., Fla. Region*, No. 2:21-cv-245-SPC-MRM (M.D. Fla.)—for the sake of convenience and judicial economy. Since the Motion is unopposed and the cases share a common nucleus of facts, the Court finds good cause to consolidate. *See* Fed. R. Civ. P. 42(a); Local Rule 1.07(b); *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

1. Respondent's Unopposed Motion to Consolidate (Doc. 15) is **GRANTED**.

    a. The Clerk is **DIRECTED** to **CONSOLIDATE** this case with *2826 Cleveland Avenue Operations, LLC v. 1199SEIU, United Healthcare Workers E., Fla. Region,* No. 2:21-cv-245-SPC-MRM (M.D. Fla.), for all future proceedings.

    b. The first-filed (No. 2:21-cv-245-SPC-MRM) will serve as lead case and the second-filed (No. 2:21-cv-585-SPC-NPM) will become a member case. The Clerk is **DIRECTED** to **ADD** those flags to the dockets.

    c. The Clerk is **DIRECTED** to **DOCKET** this Order in the first- and second-filed cases.

2. The parties are **DIRECTED** to make all future filings in the lead case (No. 2:21-cv-245-SPC-MRM). Unless either party moves for an extension, the lead case's (No. 2:21-cv-245-SPC-MRM) Case Management and Scheduling Order will govern.

3. The Clerk is **DIRECTED** to administratively close the member case (No. 2:21-cv-585-SPC-NPM).

**DONE** and **ORDERED** in Fort Myers, Florida on October 21, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record